# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**Premises located at N39 W27051 Glacier Rd., Pewaukee, WI 53072.**

Case Number: 12-m-572

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer:

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**See Attachment A.**

The person or property to be searched, described above, is believed to conceal: **Please see Attachment B.**

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _November 1st_, 2012
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge William E. Callahan, Jr.

Date and time issued __October 18th, 2012; 1:00 PM__

*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. 12-M-572 | Date and time Warrant executed 10/19/2012 8:30 AM | Copy of warrant and inventory left with: Todd Brunner |

Inventory made in the presence of Todd Brunner

Inventory of person or property taken and name of any person(s) seized: See attached 3 page receipt left with Todd Brunner.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/12

*(Executing officer's signature)*

John Klugiewicz SA FBI
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

10/31/12
*(U.S. Judge or Magistrate Judge)* *(Date)*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318F-MW-47776

On (date) 10/19/2012

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) Todd A. Brunner
(Street Address) N39 W27051 Glacier Road
(City) Pewaukee, Wisconsin

Description of Item(s): w/ power chord CT:WBGSVAADD)JD41

1) HP Laptop - 00194-208-634-800 /XIU-91072 - Rm B
2) Files re. property, Deeds, recording instrument (tupper plastic bin) - Rm E
3) Property files to include deeds + recording instruments (plastic bin) - Rm B
4) Documents associated w/ investment specialist, misc financial docs - Rm B
5) Rent docs, tenant docs, various LLC property docs - Rm B
6) Rent docs, investment specialist docs, weapon project docs, outerlimits + thunder cat docs - Rm B
7) Thumb drive - Room B
8) Various property + bank documents - Room B
9) ~~Cashiers checks Chase + Tri-City bank - Rm B~~ SPL
10) Wisconsin Boat cert, investment specialist docs, property docs - Rm B
11) Docs re guardian investments and vehicle records - Rm F
12) Employee records, mail from banks + tax docs, financial stmnt - Rm D
13) Bank statements + financial statements - Rm C
14) Appraisal for rolex, (3) business cards, investment specialists document with dryer invoice - Rm Q
15) Documents and business cards - Rm Q
16) First Business Bank Records, Bankruptcy Records - Rm F
17) Apple computer W 802 ON B95 PC-S/N - Rm M

Received By: _____ (Signature)     Received From: _____ (Signature)

Case 2:12-mj-00572-WEC Filed 10/31/12 Page 3 of 11 Document 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 318F-MW-4777U

On (date) 10/19/2012

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) Todd A. Brunner
(Street Address) N 39 W 27051 Glacier Road
(City) Pewaukee Wisconsin

Description of Item(s):

18.) Various Tenant documents - Rm T
19.) Black Dell laptop XP8QF-HWV27-FM8JM w/ power chord CN-0HNW62-47890-84B A7NU-RmT
20.) Rental statements + Financial Records - RmL
21) Laptop - Compaq Presario CQ60 S/N 2CE9072HWV with power chord CT: WACLROCARX5460 - RmK
22) Documents pertaining to investment specialists, other misc. documents - RmK
23) Pics of boats, props, assets + property lists, tax returns - RmK
24) Clearbox w/ lid SB2 2010 taxes - RmE
25.) Documents - RmE
26.) Misc. Documents - RmE
27.) clear box with lid labeled "450 Franklin" w/ documents - RmE
28.) clear box with lid labeled "outer limits" - RmE
29.) Misc. Documents - RmE
30.) Clear box with lid w/ 2010 Receipts
31.) clear box with lid labeled "tax receipts" with docs RmE
32.) Documents - RmE
33.) Clear box with lid labeled "Outer limits" with documents - RmE
34.) Outer limits docs + voice recorder with cassetts - Rm Black F350

Received By: _____ (Signature)   Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318F-MW-7777 ce

On (date) 10-19-2012

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Todd A. Brunner
(Street Address) N39 W27051 Glacier Road
(City) Pewaukee, Wisconsin

Description of Item(s):

35.) Clear box with lid labeled "Shawn" with documents - Rm E
36.) Clear box with lid labeled w/ 2008 receipts - Rm G
37.) Clear box with lid labeled outer limits - Rm E
38.) Park Bank Deposit Ticket - Rm Q
39.) Clear box with lid containing documents - Rm E
40.) Clear box with lid labeled 2009 - Rm E

Items 1, 7, 17, 19 and 21 returned to Klara Brunner (Sharon Brunner) by SA John Klugiewicz on 10/24/12 at 12:30 pm.

Received By: _____     Received From: _____
(Signature)                                       (Signature)

## ATTACHMENT A

### Places to be Searched

The premises located at N39 W27051 Glacier Road, Pewaukee, Wisconsin 53072, including all area of the residence and garages, the outbuilding and any sheds, vehicles and water craft located on the property. The residence is located at the intersection of Glacier Road and Parkside Lane. There is no visible house number affixed to the residence.

The residence is more particularly described as a two story, single family residence with a stone façade on the lower level and beige colored siding on the upper level. There is a wing with five separate garage doors attached to the residence as it is approached from the driveway.

The outbuilding is two story building, similar in construction to the residence. It has two garage doors.

Photographs of the residence and the outbuilding are attached as attachments A1 and A2.

18



Attachment 1

Attachment 2

## ATTACHMENT B

### Items to Be Seized

1. Records and evidence relating to violations of Title 18, United States Code, Section 1344(bank fraud); Title 18, United States Code, Section 1341 (mail fraud); Title 18, United States Code, Section 157 (bankruptcy fraud); Title 18, United States Code, Section 152(concealing assets and false claims in bankruptcy proceedings) between February 26, 2008 and the present, including:

2. Records in whatever form kept of stored, i.e. paper, computer, electronic, or any other data storage medium) for or relating to the following individuals and entities: Todd A. Brunner, Investment Specialists of Pewaukee, LLC, Investment Specialists & Management LLC, T&D Acquisitions, LLC, Outer Limits, LLC, Thundercat Acquisitions, LLC, Peeling Paint, LLC, Land & Sea Acquisitions, LLC, Land & Sea Sales, LLC, Bulldog Enterprises, LLC, Senior Community Center of Waupun, LLC, Senior Community Center Management of Waupun, LLC, including
    a. records reflecting indicia of identification
    b. financial records, including but not limited to bank statements, debit card receipts, canceled checks, credit card statements, receipts, and convenience checks, financial statements
    c. property records including but not limited to deeds of trust, property schedules, mortgage documents, property tax payments and receipts, utility bills and payments
    d. business records including but not limited to incorporation records
    e. tax returns and tax return information
    f. tenant records including address lists, rental contracts records of rent receipts
    g. telephone records
    h. travel records
    i. shipping records, lists and address labels
    j. calendars and diaries
    k. correspondence, mailings, notes, e-mails

19

3. Notary seals
4. Cash
5. Computers or storage media used in connection with the violations described above.
6. For any computer or storage medium whose seizure is authorized by this warrant and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter COMPUTER):
    a. Evidence of who used, owned or controlled the COMPUTER at the time the things described in this warrant were created, edited or deleted, such as logs, registry entries, configuration files, saved user names and passwords, documents, browsing history, user profiles, e-mail, e-mail contacts, "chat," instant messaging logs, photographs, and correspondence;
    b. Evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;
    c. Evidence of the lack of such malicious software;
    d. Evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;
    e. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;
    f. Evidence of the times that COMPUTER was used;
    g. Passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;
    h. Documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;
    i. Records or information about the Internet Protocol addresses used by the COMPUTER;
    j. Records or information about the COMPUTER'S Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages,

20

> search terms that the user entered into any Internet search engine and the records of user typed web addresses;
>
> k. Contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" include all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing of typing); and any photographic form (such microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures or photocopies.)

The term "computer" includes all types of electronic, magnetic, optical, electromechanical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobiles phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer date can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, DC_ROM's and other magnetic or optical media.

21